1  JESSE F. RUIZ (SBN 77984)
   ROBINSON & WOOD, INC.
2  227 North First Street
   San Jose, CA 95113-1016
3  Telephone:  (408) 298-7120
   Facsimile:  (408) 298-0477
4
   Attorneys for Defendant
5  ENGEL HOLDINGS, INC DBA CABRILLO HOIST

6

7

8          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALFIORNIA
9                SAN JOSE DIVISION

*E-FILED - 3/26/07*

10

11 MARSHALL SHALLOW,                    Case No. 06-cv-02204-RMW

12        Plaintiff,                    STIPULATION AND ORDER FOR
                                        SUBSTITUTION OF ATTORNEY
13    vs.

14 ENGEL HOLDINGS, INC. doing business
   as Cabrillo Hoist, et al.,
15
          Defendants.
16 _____/

17        The current counsel of record on behalf of Defendant Engel Holdings, Inc dba

18 Cabrillo Hoist is Schwartz, Semerdjian, Haile, Ballard & Cauley LLP.

19        Schwartz, Semerdjian, Haile, Ballard & Cauley LLP, Engel Holdings, Inc., and

20 Robinson & Wood, Inc. have reached an agreement, wherein Schwartz, Semerdjian, Haile,

21 Ballard & Cauley LLP will substitute out as counsel of record to be replaced by Robinson

22 & Wood, Inc.

23        Robinson & Wood, Inc. contact information is as follows:

24        Lead Attorney: Jesse F. Ruiz

25        Robinson & Wood, Inc.
          227 North First Street
26        San Jose, CA 95113
          Phone: (408) 792-5906 (direct)
27        Fax: (408) 298-0477
          E-Mail: jfr@robinsonwood.com
28

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

1

STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY     Case No. 06-cv-02204-RMW

Accordingly, Ross J. Schwartz and Kristen T. Dalessio on behalf of Schwartz, Semerdjian, Haile, Ballard & Cauley LLP, and Engel Holdings, Inc., dba Cabrillo Hoist stipulate that Schwartz, Semerdjian, Haile, Ballard & Cauley LLP is substituted out as counsel of record to be replaced by Robinson & Wood, Inc., who represent Engel Holdings, Inc. dba Cabrillo Hoist, as its new counsel of record.

SCHWARTZ, SEMERDJIAN, HAILE, BALLARD & CAULEY LLP

Dated: 1/30/07

ROSS J. SCHWARTZ

Dated: 1/30/07

KRISTEN T. DALESSIO

Dated: 1/30/07

MATT ENGEL
Title: President
ENGEL HOLDINGS, INC. dba Cabrillo Hoist

ROBINSON & WOOD, INC.

Dated: 1/30/07

JESSE F. RUIZ

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: 3/26/07

*Ronald M Whyte*
HON. RONALD M. WHYTE
U.S. District Court Judge

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120