JOHN M. RIESTENBERG / SB# 82668
LAW OFFICES OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA 95814
Telephone: (916) 443-6300

Attorney for Plaintiff MARSHALL SHALLOW

LINDBERGH PORTER
LITTLER MENDELSON
MARY WALSH
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940

Attorney for Defendant HENSEL PHELPS CONSTRUCTION CO.

JESSE RUIZ
ROBINSON & WOOD
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120

Attorney for Defendant ENGEL HOLDINGS, INC. DBA CABRILLO HOIST

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*E-FILED - 3/26/07*

| | |
|---|---|
| MARSHALL SHALLOW<br><br>Plaintiffs,<br><br>v.<br><br>ENGEL HOLDINGS, INC. DBA CABRILLO HOIST; HENSEL PHELPS CONSTRUCTION CO; JOHN MUELLER and DOES 1 through 20.,<br><br>Defendants. | NO. C06-02204 RMW HRL<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF BRIEFING AND HEARING DATE ON DEFENDANT HENSEL PHELPS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Marshall Shallow, Defendant Hensel Phelps Construction Co. ("Hensel Phelps") and Defendant Engel Holdings, Inc. dba Cabrillo Hoist ("Cabrillo Hoist") through their attorneys of record, have met and conferred regarding Plaintiff's request for a continuance of the briefing schedule and hearing date on Defendant Hensel Phelps' Motion for Summary Judgment. Plaintiff's Counsel's health emergency appears to be resolving favorably, and Plaintiff's Counsel anticipates that he will be able to file Plaintiff's Opposition Brief to Defendant Hensel Phelps' Motion for Summary Judgment one week late, on March 16, 2007, with the hearing continued one week to April 6, 2007. Defense Counsel for Hensel Phelps has agreed to that schedule, avoiding the necessity of rescheduling trial and pretrial dates.

Based upon the foregoing, Plaintiff Shallow, Defendant Hensel Phelps and Defendant Cabrillo Hoist hereby stipulate and agree that all Oppositions to Defendant Hensel Phelps' Motion for Summary Judgment shall be filed on March 16, 2007, and that the hearing on such Motion shall occur on April 6, 2007, in Courtroom 6 at 9:00 a.m., before the Honorable Ronald M. Whyte.

**STIPULATED AND AGREED TO BY:**

Dated: March 9, 2007

LAW OFFICES OF JOHN RIESTENBERG

*/S/ JOHN RIESTENBERG*

JOHN RIESTENBERG
Attorney for Plaintiff SHALLOW

Dated:

LITTLER MENDELSON

LINDBERGH PORTER
MARY WALSH
Attorneys for Defendant HENSEL PHELPS

Dated:

ROBINSON & WOOD

JESSE RUIZ
Attorney for ENGEL HOLDINGS, INC. DBA CABRILLO HOIST

Plaintiff Marshall Shallow, Defendant Hensel Phelps Construction Co. ("Hensel Phelps") and Defendant Engel Holdings, Inc. dba Cabrillo Hoist ("Cabrillo Hoist") through their attorneys of record, have met and conferred regarding Plaintiff's request for a continuance of the briefing schedule and hearing date on Defendant Hensel Phelps' Motion for Summary Judgment. Plaintiff's Counsel's health emergency appears to be resolving favorably, and Plaintiff's Counsel anticipates that he will be able to file Plaintiff's Opposition Brief to Defendant Hensel Phelps' Motion for Summary Judgment one week late, on March 16, 2007, with the hearing continued one week to April 6, 2007. Defense Counsel for Hensel Phelps has agreed to that schedule, avoiding the necessity of rescheduling trial and pretrial dates.

Based upon the foregoing, Plaintiff Shallow, Defendant Hensel Phelps and Defendant Cabrillo Hoist hereby stipulate and agree that all Oppositions to Defendant Hensel Phelps' Motion for Summary Judgment shall be filed on March 16, 2007, and that the hearing on such Motion shall occur on April 6, 2007, in Courtroom 6 at 9:00 a.m., before the Honorable Ronald M. Whyte.

**STIPULATED AND AGREED TO BY:**

Dated: LAW OFFICES OF JOHN RIESTENBERG

JOHN RIESTENBERG
Attorney for Plaintiff SHALLOW

Dated: March 9, 2007 LITTLER MENDELSON

LINDBERGH PORTER
MARY WALSH
Attorneys for Defendant HENSEL PHELPS

Dated: ROBINSON & WOOD

JESSE RUIZ
Attorney for ENGEL HOLDINGS, INC. DBA CABRILLO HOIST

Plaintiff Marshall Shallow, Defendant Hensel Phelps Construction Co. ("Hensel Phelps") and Defendant Engel Holdings, Inc. dba Cabrillo Hoist ("Cabrillo Hoist") through their attorneys of record, have met and conferred regarding Plaintiff's request for a continuance of the briefing schedule and hearing date on Defendant Hensel Phelps' Motion for Summary Judgment. Plaintiff's Counsel's health emergency appears to be resolving favorably, and Plaintiff's Counsel anticipates that he will be able to file Plaintiff's Opposition Brief to Defendant Hensel Phelps' Motion for Summary Judgment one week late, on March 16, 2007, with the hearing continued one week to April 6, 2007. Defense Counsel for Hensel Phelps has agreed to that schedule, avoiding the necessity of rescheduling trial and pretrial dates.

Based upon the foregoing, Plaintiff Shallow, Defendant Hensel Phelps and Defendant Cabrillo Hoist hereby stipulate and agree that all Oppositions to Defendant Hensel Phelps' Motion for Summary Judgment shall be filed on March 16, 2007, and that the hearing on such Motion shall occur on April 6, 2007, in Courtroom 6 at 9:00 a.m., before the Honorable Ronald M. Whyte.

**STIPULATED AND AGREED TO BY:**

Dated: LAW OFFICES OF JOHN RIESTENBERG

JOHN RIESTENBERG
Attorney for Plaintiff SHALLOW

Dated: LITTLER MENDELSON

LINDBERGH PORTER
MARY WALSH
Attorneys for Defendant HENSEL PHELPS

Dated: ROBINSON & WOOD

Helena S. Tao for Jesse F Ruiz
JESSE RUIZ
Attorney for ENGEL HOLDINGS, INC. DBA CABRILLO HOIST

**IT IS THEREFORE ORDERED** that:

The date for filing Opposition Briefs to Defendant Hensel Phelps' Motion for Summary Judgment is continued to March 16, 2007, and the hearing on Defendant Hensel Phelps' Motion for Summary Judgment is continued to April 6, 2007.

DATED: 3/26/07

Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE