1  JOHN M. RIESTENBERG / SB# 82668
   LAW OFFICES OF JOHN M. RIESTENBERG
2  455 Capitol Mall, Suite 410
   Sacramento, CA  95814
3  Telephone:  (916) 443-6300

4  Attorney for Plaintiff MARSHALL SHALLOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/28/07*

| | |
|---|---|
| MARSHALL SHALLOW | NO.  C06-02204 RMW HRL |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| ENGEL HOLDINGS, INC. DBA CABRILLO HOIST; HENSEL PHELPS CONSTRUCTION CO; JOHN MUELLER and DOES 1 through 20., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between MARSHALL SHALLOW, by and through his counsel of record, ENGEL HOLDINGS, INC. DBA CABRILLO HOIST, by and through its counsel of record, and HENSEL PHELPS CONSTRUCTION CO., by and through its counsel of record, that the above-captioned matter be dismissed with prejudice.

Stipulation for Dismissal
Case No. C06-02204

1

|   |   |
|---|---|
| Dated: May 15, 2007 | Respectfully submitted,<br><br>LAW OFFICES OF JOHN RIESTENBERG<br><br>*/s/ John M. Riestenberg*<br><br>JOHN M. RIESTENBERG<br>Attorney for Plaintiff MARSHALL SHALLOW |
| Dated: | LITTLER MENDELSON<br><br>_____<br>LINDBERGH PORTER, JR.<br>MARY D. WALSH<br>Attorneys for Defendant HENSEL PHLEPS |
| Dated: | ROBINSON & WOOD<br><br>_____<br>JESSE RUIZ<br>Attorney for Defendant ENGEL HOLDINGS |

**ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: 6/28/07

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| | Respectfully submitted, |
| Dated: May 15, 2007 | LAW OFFICES OF JOHN RIESTENBERG |
| | *[signature]* |
| | JOHN M. RIESTENBERG<br>Attorney for Plaintiff MARSHALL SHALLOW |
| Dated: | LITTLER MENDELSON |
| | |
| | _____<br>LINDBERGH PORTER, JR.<br>MARY D. WALSH<br>Attorneys for Defendant HENSEL PHLEPS |
| Dated: 5/15/07 | ROBINSON & WOOD |
| | *[signature]* |
| | JESSE RUIZ<br>Attorney for Defendant ENGEL HOLDINGS |

### ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

Stipulation for Dismissal
Case No. C06-02204

Respectfully submitted,

Dated: May 15, 2007       LAW OFFICES OF JOHN RIESTENBERG

JOHN M. RIESTENBERG
Attorney for Plaintiff MARSHALL SHALLOW

Dated: 5/29/07            LITTLER MENDELSON

LINDBERGH PORTER, JR.
MARY D. WALSH
Attorneys for Defendant HENSEL PHELPS

Dated:                    ROBINSON & WOOD

JESSE RUIZ
Attorney for Defendant ENGEL HOLDINGS

ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated:
                          UNITED STATES DISTRICT COURT JUDGE

Stipulation for Dismissal
Case No. C06-02204

2